## [ Hoare v. Fogg ]

William Hoare plaint. ags<sup>t</sup> Ezekiel Fogg Defendant in an action of the case for his false & fraudulent dealing with & excessive over reaching the saide Hoar in the sale of a parcell of painting Stuffe & brushes chargeing them at an intollerable rate (viz) four or five times more then the worth of them & hath by flattering & insinuating discourse inticed the s<sup>d</sup> Hoar being ignorant of the prizes of such things to give him a bill under his hand for the paiment of the saide mony & bread & after making Sale of part of the saide goods to his the saide Hoar's great damage & other due damages according to Attachm<sup>t</sup> Dat. October 14th 1674.

. . . The Jury . . . founde for the plaint. damage Seven pound fourteen shillings six pence & the delivery of the goods to W<sup>m</sup> Hoar according to Jnvoyce on pœnalty of ten pound ten shillings in mony to bee paide more then the Seven pounds fourteen Shillings six pence aboue expressed & costs of Court allowed by the Magistrates